IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICHARD A. BEACHAM,                )
                                   )
                Plaintiff,         )
                                   )
     v.                            )   No.  11 C 7936
                                   )
AEROTEK, INC., et al.,             )
                                   )
                Defendants.        )

MEMORANDUM ORDER

Counsel for plaintiff Richard Beacham ("Beacham") have filed a motion (1) for the voluntary dismissal of Complaint Count IV, which sounds in intentional infliction of emotional distress, and (2) for leave to file a First Amended Complaint ("FAC") instanter. For the reason briefly stated here, the first of those requests is granted while the second is denied.

No good reason appears for cluttering up the court file with a new pleading, for the proposed FAC is nothing more than the verbatim reassertion of the original (and still alive) first three counts of the original Complaint. Indeed, that straight-out copying actually extends to counsel's mistaken retention, in Paragraph 1 of the proposed FAC, of the words "and Illinois state law for intentional infliction of emotional distress"--even though that contention is no longer in the case.

Accordingly the motion to dismiss Count IV is granted, while leave to file the FAC is denied. Hence the original Complaint

remains intact except for the deletion ordered here.

_____
Milton I. Shadur
Senior United States District Judge

Date:   January 9, 2012